UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**26-CR-20294-MORENO/D'ANGELO**
CASE NO. _____

18 U.S.C. § 922(g)(1)
18 U.S.C. § 924(d)(1)

UNITED STATES OF AMERICA

v.

SANTANA K'WAN CLARK,

Defendant.

_____/

FILED BY_____BM_____D.C.

Jul 22, 2026

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## INDICTMENT

The Grand Jury charges that:

On or about April 27, 2026, in Miami-Dade County, in the Southern District of Florida,

the defendant,

### SANTANA K'WAN CLARK,

knowingly possessed a firearm and ammunition in and affecting interstate and foreign commerce,

knowing that he had previously been convicted of a crime punishable by imprisonment for a term

exceeding one year, in violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATIONS

1.      The allegations of this Indictment are hereby re-alleged and by this reference fully

incorporated herein for the purpose of alleging forfeiture to the United States of America of certain

property in which the defendant, **SANTANA K'WAN CLARK**, has an interest.

2.      Upon conviction of a violation of Title 18, United States Code, Section 922(g), as

alleged in this Indictment, the defendant shall forfeit to the United States any firearm and

ammunition involved in or used in the commission of such offense, pursuant to Title 18, United States Code, Section 924(d)(1).

All pursuant to Title 18, United States Code, Section 924(d)(1) and the procedures set forth at Title 21, United States Code, Section 853, as incorporated by Title 28, United States Code, Section 2461(c).

A TRUE BILL

FOREPERSON

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

COLE PRESS
ASSISTANT UNITED STATES ATTORNEY

2

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

SANTANA K'WAN CLARK,

_____/
Defendant.

**Court Division** (select one)

☒ Miami    ☐ Key West    ☐ FTP
☐ FTL       ☐ WPB

CASE NO. **26-CR-20294-MORENO/D'ANGELO**

v.

**CERTIFICATE OF TRIAL ATTORNEY**

**Superseding Case Information:**
New Defendant(s) (Yes or No) _____
Number of New Defendants _____
Total Number of New Counts _____

I do hereby certify that:

1. I have carefully considered the allegations of the Indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, 28 U.S.C. §3161.

3. Interpreter: (Yes or No) __No__
   List language and/or dialect:_____

4. This case will take ___2___ days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)                    (Check only one)
   I     ☒ 0 to 5 days                 ☐ Petty
   II    ☐ 6 to 10 days                ☐ Minor
   III   ☐ 11 to 20 days               ☐ Misdemeanor
   IV    ☐ 21 to 60 days               ☒ Felony
   V     ☐ 61 days and over

6. Has this case been previously filed in this District Court? (Yes or No) __No__
   If yes, Judge _____ Case No._____

7. Has a complaint been filed in this matter? (Yes or No) __No__
   If yes, Judge _____ Magistrate Case No._____

8. Does this case relate to a previously filed matter in this District Court? (Yes or No) __No__
   If yes, Judge _____ Case No._____

9. Defendant(s) in federal custody as of _____

10. Defendant(s) in state custody as of April 27, 2026

11. Rule 20 from the _____ District of _____

12. Is this a potential death penalty case? (Yes or No) __No__

13. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)? (Yes or No) __No__

14. Did this matter involve the participation of or consultation with Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? __No__

15. Did this matter involve the participation of or consultation with Magistrate Judge Marty Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024? __No__

16. Did this matter involve the participation of or consultation with Magistrate Judge Ellen F. D'Angelo during her tenure at the U.S. Attorney's Office, which concluded on October 7, 2024? __No__

17. Did this matter involve the participation of or consultation with Magistrate Judge Yeney Hernandez during her tenure at the U.S. Attorney's Office, which concluded on April 2, 2026? __No__

By:_____
Cole Press
Assistant United States Attorney
FL Bar No.          1018396

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

PENALTY SHEET

**Defendant's Name**:  SANTANA K'WAN CLARK

**Case No**:

Count #: 1

Possession of a Firearm and Ammunition by a Convicted Felon

Title 18, United States Code, Section 922(g)(1)
* **Max. Term of Imprisonment: Fifteen (15) years**
* **Mandatory Min. Term of Imprisonment (if applicable): N/A**
* **Max. Supervised Release: Three (3) years**
* **Max. Fine:  $250,000**

**\*Refers only to possible term of incarceration, supervised release and fines.   It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**